UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
at PIKEVILLE

Eastern District of Kentucky
FILED
JUN 2 3 2010
At Ashland
LESLIE G. WHITMER
Clerk, U.S. District Court

Civil Action No. 09-122-HRW

PAMELA PATRICK,
o/b/o ANTHONY JOHNSON,                                        PLAINTIFF,

v.                              **JUDGMENT**

MICHAEL J. ASTRUE
COMMISSIONER OF SOCIAL SECURITY,                              DEFENDANT.

In conformity with the Order entered this date and in compliance with Federal Rule of Civil Procedure 58, **IT IS HEREBY ORDERED** and **ADJUDGED** that:

A.  pursuant to sentence four of 42 U.S.C. § 405(g), the administrative decision is **AFFIRMED** and judgment is entered in favor of the Defendant;

B.  the Plaintiff's Complaint against the Defendant is **DISMISSED WITH PREJUDICE** and the Plaintiff shall take nothing thereby; and

C.  this action is **STRICKEN** from the active docket of the Court.

This 22 day of June, 2010.

Henry R. Wilhoit, Jr., Senior Judge